## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **3:18-CR-397** |
| | : | **(JUDGE MARIANI)** |
| **CHYVONNE TRAVER,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW, THIS** _____10th_____ **DAY OF MAY, 2024**, for the reasons set forth in the

Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant

Chyvonne Traver's Motion for Early Termination of Supervised Release (Doc. 164) is

**DENIED**.


Robert D. Mariani
United States District Judge